**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE : NO.  502
MAGISTERIAL DISTRICTS WITHIN THE :
17th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

**ORDER**

**PER CURIAM**

**AND NOW**, this 14th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 17th Judicial District (Snyder and Union Counties) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 17-3-01 and 17-3-02 within Union County and the realignment of Magisterial Districts 17-3-03 and 17-3-04 within Snyder County, to be effective November 1, 2022, is granted.

Said Magisterial Districts will be realigned as follows:

Magisterial District 17-3-01
Magisterial District Judge Jeffrey A. Rowe

East Buffalo Township
Kelly Township
Lewisburg Borough
Union Township

Magisterial District 17-3-02
Magisterial District Judge Jeffrey L. Mensch

Buffalo Township
Gregg Township
Hartleton Borough
Hartley Township
Lewis Township
Limestone Township
Mifflinburg Borough
New Berlin Borough
West Buffalo Township
White Deer Township

Magisterial District 17-3-03  
Magisterial District Judge John H. Reed

Jackson Township  
Monroe Township  
Penn Township  
Selinsgrove Borough  
Shamokin Dam Borough

Magisterial District 17-3-04  
Magisterial District Judge VACANT

Adams Township  
Beaver Township  
Beavertown Borough  
Center Township  
Chapman Township  
Franklin Township  
Freeburg Borough  
McClure Borough  
Middleburg Borough  
Middlecreek Township  
Perry Township  
Spring Township  
Union Township  
Washington Township  
West Beaver Township  
West Perry Township